**Andrew P. Holland/Bar No. 224737**
**aholland@thoits.com**
**Misasha S. Graham/Bar No. 237187**
**mgraham@thoits.com**
**Nathaniel H. Lipanovich/Bar No. 292283**
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

**Attorneys for Plaintiff**
**ALO, LLC**

JS-6

FILED
CLERK, U.S. DISTRICT COURT
November 7, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **ALO, LLC, a California Limited Liability Company,**<br><br>Plaintiff,<br>v.<br><br>**REFLEX PERFORMANCE RESOURCES, INC. DBA 90 DEGREE BY REFLEX, a New York Corporation; DOES 1 through 10, inclusive,**<br><br>Defendant. | CASE NO. 2:18-cv-10491-SJO-RAO<br><br>**[PROPOSED] ORDER GRANTING STIPULATED CONSENT JUDGMENT** |

Pursuant to the Parties stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Court has and shall continue to retain jurisdiction over the parties and subject matter of this Action.

2. Defendant agrees to refrain from designing, manufacturing, having made, importing, marketing, advertising, offering for sale, selling, or distributing Biker Leggings, within the United States, as defined in the Settlement Agreement or assisting any third party in engaging in such activities, within United States

3. The parties have entered into a written Confidential Settlement Agreement, effective October 24, 2019 ("Settlement Agreement"), that sets forth the rights and obligations of Plaintiff and Defendant and the parties expressly agree that this Court will retain ancillary jurisdiction over this matter in law and equity for purposes of enforcing and/or adjudicating any violation of the parties' Settlement Agreement. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381-2 (1994). Any such matters shall be raised by noticed motion.

4. Subject to the terms of the Settlement Agreement, Plaintiff's Complaint is dismissed with prejudice.

5. Each party shall bear its own costs and attorneys' fees.

Dated: November 7, 2019

*S. James Otero*

_____
Honorable James S. Otero
UNITED STATES DISTRICT COURT JUDGE

-2-
STIPULATED ORDER AND CONSENT JUDGMENT– CASE NO. 2:18-CV-10491-SJO-RAO